UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Case No. 14-45654

AMERICO CARVALHO, JR.,                          Chapter 7

                Debtor.                Judge Thomas J. Tucker
_____/

**ORDER DENYING THE CHAPTER 7 TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY AND COMPENSATE DETROIT FENCE COMPANY**

This case is before the Court on the motion filed by the Chapter 7 Trustee entitled "Application for Authority to Employ and Compensate Detroit Fence Company" (Docket # 89, the "Motion"). Today the Court has filed a written opinion regarding the Motion. For the reasons stated in the Court's written opinion,

    IT IS ORDERED that the Motion (Docket # 89) is denied.

    IT IS FURTHER ORDERED that this Order is without prejudice to the Trustee's right to file a new motion seeking authority to install a fence on the property of GJL Enterprises, Inc. ("GJL") at 111 Military Street in Detroit, using GJL funds or financed on a secured basis by GJL property, if the Trustee also proposes as part of such a new motion appropriate and reasonable measures to protect GJL from the likelihood of its funds or property being wasted.

**Signed on June 9, 2015**                    /s/ Thomas J. Tucker
                                                             **Thomas J. Tucker**
                                                              **United States Bankruptcy Judge**